# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **08-52364**
**MICHAEL STONEMETZ** )
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

**FILED 2010 AUG 19 PM 2:20**

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **MICHAEL STONEMETZ**
    **Check No. 745988**
    **Claim #999 – Debtor Refund**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $10.00 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **8/18/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>
<u>jferrise@ch13akron.com</u>

*ck # 758115*
*receipt # 81703*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

MICHAEL STONEMETZ
4501 SUNNYBROOK ROAD
KENT, OH 44240
(Via Regular Mail)


VIRGINIA M JUDD ESQ (via ECF)

MICHAEL STONEMETZ
4501 SUNNYBROOK ROAD
KENT, OH 44240
(via Regular Mail)

Date of Service: **8/18/2010**      By: **JoAnn Romig**
                                     Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com